**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

CARL E. McCLELLAND, SR., :
:
    Petitioner, :
:
v. : 7:07-CV-130 (WLS)
:
WARDEN HAMRICK, :
:
    Respondent. :
:

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on September 10, 2007. (Doc. 16). It is recommended that Respondent's Motion to Dismiss Petition as Untimely (Doc. 10) be granted; Petitioner's § 2254 action (See Doc. 2) be dismissed; and Petitioner's Motion for De Novo Investigation (Doc. 5) be denied as moot. Id. Petitioner filed a timely objection on September 26, 2007.[1]

Plaintiff timely filed what the Court believes was intended to be an objection to Magistrate Judge Faircloth's Recommendation (Doc. 16) to this Court. (See Doc. 17). However, Plaintiff's objection only includes notice to the Court that he is "appealing the decision and ruling" of Magistrate Judge Faircloth and the required Certificate of Service. As Plaintiff's objection did not with specificity challenge any of the findings of Magistrate Judge Faircloth, Plaintiff's objection (Doc. 17) is **OVERRULED**.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 16) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendants' Motion to Dismiss (Doc. 10) is **GRANTED** and Plaintiff's § 2254 action is hereby

---

[1] Plaintiff's objection is titled "Appeal of Magistrate Judge Decision". (Doc. 17).

1

**DISMISSED.** Plaintiff's Motion for De Novo Investigation is (Doc. 5) is **DENIED AS MOOT**.

   **SO ORDERED**,  this   27th   day of September, 2007.

                              /s/W. Louis Sands
                              **THE HONORABLE W. LOUIS SANDS,**
                              **UNITED STATES DISTRICT COURT**